IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TRUCK U-2, INC.,<br>an Illinois corporation<br><br>　　　　Defendant. | Case No.: 2015 C 9706<br><br>Judge Chang<br><br>Magistrate Judge Rowland |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on October 30, 2015 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon TRUCK U-2, INC., an Illinois corporation was made on the Defendant on November 30, 2015 and a copy of the proof of service was filed with the court on December 9, 2015.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

　　　　$6,200.58　Pension
　　　　$7,467.73　Welfare
　　　　　$925.00　Attorneys fees
　　　　　$469.00　Court costs
　　　$15,062.31

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment against Defendant, TRUCK U-2, INC., an Illinios corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $15,062.31

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS PENSION AND
        WELFARE FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        203 N. LaSalle Street, Suite 1650
        Chicago, IL 60601
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: January 4, 2016